1
2
3
4
5
6
7
8                      UNITED STATES DISTRICT COURT
9                  FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11   HECTOR OROZCO,                        No.  2:25-cv-1994 DJC CKD P
12                    Plaintiff,
13          v.                             ORDER
14   AMERICAN LEGION AMBULANCE
     COMPANY, et al.,
15
                      Defendants.
16

17          Plaintiff, a state prisoner proceeding pro se, filed this civil rights action seeking

18   relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate

19   Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20          On August 20, 2025, the Magistrate Judge filed findings and recommendations

21   herein which were served on all parties and which contained notice to all parties that

22   any objections to the findings and recommendations were to be filed within fourteen

23   days.  Plaintiff filed objections to the findings and recommendations.

24          In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule

25   304, this Court has conducted a *de novo* review of this case.  Having carefully

26   reviewed the entire file, the Court finds the findings and recommendations to be

27   supported by the record and by proper analysis.

28   /////

                                        1

Accordingly, IT IS HEREBY ORDERED that:

1.  The findings and recommendations (ECF No. 13) are adopted in full; and

2.  Plaintiff's motion for preliminary injunction in the form of an evidence preservation order (ECF No. 6) is denied without prejudice.

3.  This case is referred back to the assigned Magistrate Judge for further pretrial proceedings.

IT IS SO ORDERED.

Dated:   **September 12, 2025**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

8, oroz1994.805

2