UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HECTOR OROZCO, | No. 2:25-cv-1994-DJC-CKD P |
| Plaintiff, | |
| v. | ORDER |
| AMERICAN LEGION AMBULANCE COMPANY, et al., | |
| Defendants. | |

     Plaintiff, a state prisoner, proceeds pro se and seeks relief under 42 U.S.C. § 1983 and under state law. Plaintiff initiated this action in the Amador County Superior Court and defendants removed it to this court. (ECF No. 1.)

     On October 3, 2025, plaintiff filed a request for service of the summons and complaint on a defendant who has not appeared. (ECF No. 18.) This court is required to screen complaints brought by prisoners seeking relief against a governmental entity or officer or employee of a governmental entity. See 28 U.S.C. § 1915A(a). No further service of the summons and complaint will occur unless, upon screening the complaint, the court determines plaintiff has stated a potentially cognizable claim upon which relief can be granted. In addition, plaintiff's motion to remand this case to state court is fully briefed and pending and plaintiff has filed a motion to amend the complaint to add a party. (ECF Nos. 5, 12.) In due course, the court will

1

address the pending motions in this case. If this case is not remanded, then the court will screen the complaint pursuant to 28 U.S.C. § 1915A.

For the reasons set forth above, IT IS ORDERED that plaintiff's request to serve the summons and complaint (ECF No. 18) is DENIED.

Dated: October 7, 2025

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8, oroz1994.req