IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **HECTOR OROZCO,** | Case No. 2:25-cv-01994-DJC-CKD |
| Plaintiff, | [Proposed] **Order** |
| v. | |
| **AMERICAN LEGION AMBULANCE, et al.,** | |
| Defendants. | |

Defendants move to extend their time to file a reply to Plaintiff's opposition to their motion to dismiss. Defendants request an additional twenty-one days due to defense counsel's period of unavailability. The Court has reviewed Defendants' motion, as well as the supporting declaration of counsel, and finds that good cause exists to grant this motion.

After full consideration, and good cause appearing, the Court **GRANTS** the motion (ECF No. 43). Defendants shall file their reply to Plaintiff's opposition no later than **May 1, 2026**.

In addition, Plaintiff's motion for extension of time to file the opposition (ECF No. 41) is also GRANTED by this order; the opposition is deemed timely filed.

Dated:  April 6, 2026

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8 oroz1994.36rep

1

(2:25-cv-01994-DJC-CKD)