UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HECTOR OROZCO, | No. 2:25-cv-1994-DJC-CKD P |
| Plaintiff, | |
| v. | ORDER |
| AMERICAN LEGION AMBULANCE COMPANY, et al., | |
| Defendants. | |

Plaintiff, a state prisoner, proceeds pro se and seeks relief under 42 U.S.C. § 1983 and California law. Plaintiff initiated this action in the Amador County Superior Court and defendants removed the case to this court. (ECF No. 1.) On February 24, 2026, plaintiff filed a request for a court order directing the United States Marshal to serve defendant American Legion Ambulance Company. (ECF No. 32.) On February 27, 2026, plaintiff filed a proposed summons requesting the court to issue a summons. (ECF N. 34.)

On March 19, 2026, the court directed the United States Marshal to serve process on defendant American Legion Ambulance Company without prepayment of fees. (ECF No. 39.) On June 2, 2026, a return of service was filed indicating defendant American Legion Ambulance Company was served.

////

1

Accordingly, IT IS ORDERED that plaintiff's requests for an order directing the United States Marshal to serve the defendant American Legion Ambulance Company (ECF Nos. 32, 34) are DENIED as moot.

Dated:  June 9, 2026

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8 oroz1994.req

2